1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10

11   TRAVELERS PROPERTY                Case No.:   19cv829-LAB (MDD)
     CASUALTY COMPANY OF
12   AMERICA                           **ORDER OF DISMISSAL**
13                        Plaintiff,
14   v.
15   SEIRUS INNOVATIVE
16   ACCESSORIES, INC., et al.
17                        Defendants.
18

19       The joint motion to dismiss (Docket no. 47) is **GRANTED**, and this action is

20   **DISMISSED WITH PREJUDICE**.  The parties shall each bear their own costs and

21   attorney's fees.  All pending motions are **DENIED AS MOOT**.

22

23       **IT IS SO ORDERED**.

24   Dated:  November 16, 2020

25                        _Lany A. Bumr_
26                        Honorable Larry Alan Burns
                          Chief United States District Judge
27
28


                                    1

                                                                    19cv829